Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:21-mj-00610-RMM All Defendants

Case title: USA v. HENTSCHEL et al     Date Filed: 09/22/2021

Assigned to: Magistrate Judge Robin M. Meriweather

### Defendant (1)
**CARA HENTSCHEL**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D) and 40:5104(e)(2)(G) | |

Assigned to: Magistrate Judge Robin M. Meriweather

### Defendant (2)
**MAHAILYA PRYER**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D) and 40:5104(e)(2)(G) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jacob Ryan Steiner** <br> 1331 F ST NW FL 3 <br> Washington, DC 20004 <br> 202-924-5829 <br> Email: jacob.steiner@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2021 | 1 | SEALED COMPLAINT as to CARA HENTSCHEL (1), MAHAILYA PRYER (2). (Attachments: # 1 Statement of Facts) (zstd) (Entered: 09/22/2021) |
| 09/22/2021 | 3 | MOTION to Seal Case by USA as to CARA HENTSCHEL, MAHAILYA PRYER. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 09/22/2021) |
| 09/22/2021 | 4 | ORDER granting 3 Motion to Seal Case as to CARA HENTSCHEL (1), MAHAILYA PRYER (2). Signed by Magistrate Judge Robin M. Meriweather on 9/22/2021. (zstd) (Entered: 09/22/2021) |
| 10/04/2021 | 5 | Arrest Warrant Returned Executed on 10/4/2021 as to CARA HENTSCHEL. (bb) (Entered: 10/05/2021) |
| 10/04/2021 | | Arrest of CARA HENTSCHEL in Missouri. (bb) (Entered: 10/05/2021) |
| 10/04/2021 | 6 | Arrest Warrant Returned Executed on 10/4/2021 as to MAHAILYA PRYER. (bb) (Entered: 10/05/2021) |
| 10/04/2021 | | Arrest of MAHAILYA PRYER in Missouri. (bb) (Entered: 10/05/2021) |
| 10/04/2021 | | Case unsealed as to CARA HENTSCHEL, MAHAILYA PRYER (bb) (Entered: 10/05/2021) |

Case 6:21-mj-02059-DPR    Document 8    Filed 10/07/21    Page 2 of 3